UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:23-cr-5-TWP-VTW |
| ) | |
| ANTONIO GARCIA-AMAYA, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On October 17, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 4, 2025 (Dkt. 44). Defendant Antonio Garcia-Amaya appeared in person with his appointed counsel Jennifer H. Culotta. The government appeared by Todd Shellenbarger, Assistant United States Attorney via telephone. U. S. Probation appeared by Officer Shallon Watson. Interpreter Lorie Gutierrez Howson was present and sworn to interpret the proceedings for the benefit of the defendant.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Mr. Garcia-Amaya of his rights and provided him with a copy of the petition at the Initial Hearing held on September 11, 2025.

2. After being placed under oath at the Final Revocation Hearing, Mr. Garcia-Amaya admitted Violation Number 1 (Dkt. 44).

3. The allegation to which Mr. Garcia-Amaya admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | "You shall not commit another federal, state, or local crime." |
| | On July 31, 2025, Antonio Garcia-Amaya was arrested for Illegal Re-entry. the offender was processed, and the case is being reviewed for re-entry prosecution in the District of Arizona, Phoenix Division. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is III.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of 10 months' imprisonment followed by 3 years of supervised release.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 10 months with 36 months of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall surrender as directed to the U.S. Immigration and Customs Enforcement. If you are released from the custody of U.S. Immigration and Customs Enforcement for any reason, you shall report to the nearest U.S. Probation Office within 72 hours of your release.

2. If released from confinement, not deported or removed, or you re-enter the United States, you shall report to the nearest probation office within 72 hours.

3. You shall obtain the proper documentation from U.S. Immigration and Customs Enforcement authorizing you to work in the United States. *Justification 1-3: The offender is a citizen of Mexico and has illegally entered the United States on more than one occasion. The*

*above conditions will assist in ensuring he does not re-enter the U.S. illegally in the future, thus adding a protective measure to the community.*

Defendant reviewed the above noted conditions with his attorney.

The Magistrate Judge will make a recommendation of placement at a Bureau of Prisons facility in Manchester, Kentucky.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

So RECOMMENDED this 20th day of October, 2025.

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system